**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-02053-CMA-SKC

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

SPEER INSURANCE SERVICES, LLC,

Defendant.

---

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(II)**

---

The parties, by and through their respective attorneys, Ari Hillel Marcus on behalf of Plaintiff; and Sean David Gonzalez Camacho on behalf of Defendant, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal, without prejudice, each party to pay its own costs and attorney fees, of this lawsuit. By the filing of this Stipulation the above civil action is deemed resolved and the case  closed.

Respectfully submitted this 25th day of September 2020.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF


/s/ Sean David Gonzalez Camacho
Sean David Gonzalez Camacho
Dentons US LLP-Denver
1400 Wewatta Street
Suite 700
Denver, CO 80202
sean.camacho@dentons.com
ATTORNEY FOR DEFENDANT

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of September, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Sean David Gonzalez Camacho
Sean.camacho@dentons.com

                                    /s/ *Ari H. Marcus*